**Oscar F. TURNER–BEY, Appellant,**

v.

**Dick MOORE, Respondent.**

**No. WD 43885.**

Missouri Court of Appeals, Western District.

Oct. 22, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 26, 1991.

Oscar F. Turner–Bey, Jefferson City, pro se.

William L. Webster, Atty. Gen., James R. McAdams, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., FENNER, P.J., and ULRICH, J.

ORDER

PER CURIAM.

Appeal from the dismissal of a prisoner's small claims case against the Director of the Missouri Department of Corrections.

Affirmed. Rule 84.16(b).